Dan Longo, appellee, v. Moulding-Brownell Corporation, appellant.   Gen. No. 38,261.

645

Opinion filed February 11, 1936. Rehearing denied February 24, 1936.

Arthur J. Hughes, for appellant; F. C. Ludwig, of counsel. Schnackenberg, Hansen & Towle, for appellee; Elmer J. Schnackenberg, of counsel.

Mr. Justice Friend delivered the opinion of the court.